**IT IS ORDERED as set forth below:**

**Date: August 27, 2010**

_____
**Wendy L. Hagenau**
**U.S. Bankruptcy Court Judge**

\\ _____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 10-73703-WLH |
| SEAN P. TROMBETTI, CHRISTI S. TROMBETTI,  Debtors. | CHAPTER 7 |
| U.S. BANK, N.A., IT'S SUCCESSORS AND/OR ASSIGNS,  Movant. | |
| v. | CONTESTED MATTER |
| SEAN P. TROMBETTI, CHRISTI S. TROMBETTI, JANET G. WATTS, ESQ., Trustee,  Respondents. | |

**ORDER ON MOTION FOR RELIEF FROM STAY**

Movant filed a Motion for Relief from Stay July 14, 2010, together with a Notice of Hearing set for August 12, 2010 (Doc. No. 40), regarding Debtors' real estate located at 3040 Tina Lane, Marietta, GA 30066 (the "Property") and contends service was proper upon the above-captioned Respondents. Respondents did not oppose Movant's Motion; accordingly, it is hereby

ORDERED that Movant's Motion for Relief from Stay is GRANTED: the automatic stay of 11 U.S.C. §362 (a) pertaining to the Property is modified to allow Movant to exercise its rights under the power of sale provisions contained in the Security Deed and as provided for by the laws of the State of Georgia including, but not limited to, advertising to effectuate a foreclosure sale at the earliest possible date and gaining possession of the Property; provided, however, that any proceeds resulting from the disposition of the Property in excess of the lawful claim of Movant under its Note and Security Deed and any excess funds due to a subordinate lienholder under state law shall be promptly remitted to the Trustee for the benefit of the Estate. It is further

ORDERED that the stay of Rule 4001(a)(3) is modified so that Movant may immediately proceed under this Order.

[END OF DOCUMENT]

**PRESENTED BY:**

By: _____/s/_____
Alice Blanco
Georgia Bar Number 062160
South Terraces, Suite 1000
115 Perimeter Center Place
Atlanta, GA  30346
770-392-0303
ablanco@penderlaw.com
Attorney for Movant
Firm File Number: 10-05703

DISTRIBUTION LIST

Janet G. Watts, Esq.
Watts & Watts
600 North Glynn Street, Suite C
Fayetteville, GA  30214

Alice Blanco
Pendergast & Associates, P.C.
South Terraces, Suite 1000
115 Perimeter Center Place
Atlanta, GA  30346

Michael C. Famiglietti, Esq.
Famiglietti Law Firm
No. 304
572 Edgewood Avenue
Atlanta, GA  30312

Sean P. Trombetti
2690 Bennington Drive
Marietta, GA  30062

Christi S. Trombetti
2690 Bennington Drive
Marietta, GA  30062